**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RONALD BATTS                                                                                              PETITIONER
Reg #42462-074

v.                           Case No. 2:15-cv-00185-JLH-JTK

C V RIVERA, *Warden*,                                                                                RESPONDENT
FCI–Forrest City Medium

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. No certificate of appealability will be issued. Judgment shall be entered accordingly.

SO ORDERED this 31st day of December, 2015.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE