IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RONALD BATTS                                                                                          PETITIONER
Reg #42462-074

v.                              Case No. 2:15-cv-00185-JLH-JTK

C V RIVERA, *Warden*,                                                                              RESPONDENT
FCI–Forrest City Medium

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is considered, ordered and adjudged that the petition for a writ of habeas corpus is dismissed without prejudice. No certificate of appealability will be issued.

SO ADJUDGED this 31st day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE